**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

**JUSTIN RYAN HOULE,**

           Petitioner,

v.

**STEVE ROBERTS, Superintendent,**

           Respondent.

Civil Action 7:10-CV-66 (HL)

**ORDER**

The Recommendation (Doc. 23) of United States Magistrate Judge Thomas Q. Langstaff is before the Court. The Magistrate Judge recommends that Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 be denied, and that a certificate of appealability be denied as no substantial showing of the denial of a constitutional right has been made. Petitioner has not filed an objection to the Recommendation.

The Court has reviewed the Recommendation and finds no clear error in the Magistrate Judge's decision. Accordingly, the Court accepts and adopts the Recommendation. The Petition for Writ of Habeas Corpus (Doc. 2) is denied and a certificate of appealability is also denied.

**SO ORDERED**, this the 29th day of March, 2012.

           *s/ Hugh Lawson*

mbh           **HUGH LAWSON, SENIOR JUDGE**